THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 James Jamal
 Williams, Appellant.
 
 
 

Appeal From Darlington County
 James E. Lockemy, Circuit Court Judge
Unpublished Opinion No. 2009-UP-058
Submitted January 2, 2009  Filed January
 22, 2009    
APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of Columbia, for Appellant. 
 
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all
 of Columbia; and Solicitor Jay E. Hodge, Jr., of Cheraw, for Respondent.
 
 
 

PER CURIAM:  James
 Jamal Williams appeals his convictions for murder, first degree burglary,
 kidnapping, possession of a weapon, and possession of marijuana.  Williamss
 counsel argues the trial judge erred by refusing to instruct the jury on
 voluntary manslaughter, as a lesser-included offense.  Williams also submitted a
 pro se brief.  After a thorough review of the record and counsels brief
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Williamss appeal
 and grant counsels motion to be relieved.[1]  
APPEAL DISMISSED.
WILLIAMS,
 PIEPER, and GEATHERS, JJ., concur. 

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.